IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:22-MJ-343 |
| | ) | |
| AMANUEL HAMPTON, | ) | Hearing Date: _____ |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 7, 2022, at Dulles International Airport, Dulles Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AMANUEL HAMPTON, did unlawfully take or carry away with the intent to steal or purloin the property of another to wit: credit cards, debit cards, and identity documents.

(In violation of Title 18, United States Code, Section 661)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:           /s/
John J. McDonough
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3769
Fax: (703) 299-3980
Email: john.mcdonough@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I filed the foregoing with the Clerk of Court, which will send a notification of such filing via ECF to all counsel of record. A copy was also sent via electronic mail to Brittany Davidson, Federal Public Defender, Counsel for Defendant at Brittany_davidson@fd.org.

By:      /s/
     John J. McDonough
     Special Assistant United States Attorney
     United States Attorney's Office
     Eastern District of Virginia
     2100 Jamieson Avenue
     Alexandria, VA 22314
     Phone: (703) 299-3769
     Fax: (703) 299-3980
     Email: john.mcdonough@usdoj.gov